

# NUMBER 13-23-00006-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE DUSTIN ESTEP

---

## On Petition for Writ of Mandamus.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Order Per Curiam**

On January 6, 2023, relator Dustin Estep filed a petition for writ of mandamus contending that the trial court abused its discretion by issuing temporary orders in the underlying suit affecting the parent-child relationship. Relator subsequently filed an emergency motion for immediate temporary relief.

The Court, having examined and fully considered the emergency motion for immediate temporary relief, is of the opinion that it should be granted. Accordingly, we grant the emergency motion for immediate temporary relief, and we order the January 4,

2023 temporary orders to be stayed pending the resolution of this original proceeding. *See* Tex. R. App. P. 52.10. We request the real parties in interest, Briana Nicole Lewis, Carl Raymond Lewis, and Maria Dolores Lewis, or any others whose interest would be directly affected by the relief sought, such as Aida A. Montanaro, the amicus attorney for minor child A.F.L., or the Office of the Attorney General, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
10th day of January, 2023.